IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARMEN BENTIVEGNA<br>ROBERT A. GIRARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-95C<br>(Sr. Judge Smith) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Michael D. Austin, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:


Michael D. Austin
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7064
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Michael D. Austin
MICHAEL D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
TEL: (202) 616-0321
FAX: (202) 305-7643
E-mail: Michael.Austin@usdoj.gov


Dated: March 5, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 5th day of March, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin