IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARMEN BENTIVEGNA<br>ROBERT A. GIRARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-95C<br>(Sr. Judge Smith) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court Federal Claims, defendant respectfully requests an enlargement of time of 61 days, to and including June 17, 2008, within which to file our answer or otherwise respond to plaintiffs' complaint. Our response is currently due on April 17, 2008. This is defendant's first request for an enlargement of time for this purpose. Plaintiffs' counsel has advised us that the plaintiffs concur with this request.

The parties have discussed the possibility of reaching an amicable resolution of this case without further judicial involvement. Defendant's counsel, once the negotiations have concluded, must prepare and submit a recommendation, either accepting or rejecting any settlement offer, to the appropriate deciding official within the Department of Justice. Consequently, the additional time will allow the parties an opportunity to fully explore the possibility of an amicable resolution to this case without the pressure of simultaneously preparing for further litigation, as well as allow us to comply with our internal policies. On or before June 17, 2008, we will either file our answer or inform the Court that this case may be amicably resolved.

For these reasons, defendant's counsel respectfully requests that our motion for enlargement of time for the filing of our answer be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/MARTIN F. HOCKEY
MARTIN F. HOCKEY
Assistant Director

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0361
Fax: (202) 514-7965

April 15, 2009

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin