# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **CARMEN BENTIVEGNA**<br>**ROBERT A. GIRARD** | * | |
| *Plaintiff*S, | * | Case No. 08-95C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES,** | * | Filed: April 15, 2008 |
| *Defendant*. | * | |

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for an Enlargement Time. On or before June 17, 2008, Defendant shall file its answer or inform the Court that this case may be amicably resolved.

**It is so Ordered**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge