IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARMEN BENTIVEGNA<br>ROBERT A. GIRARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-95C<br>(Sr. Judge Smith) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court Federal Claims, defendant respectfully requests an enlargement of time of 56 days, to and including August 11, 2008, within which to file our answer or otherwise respond to plaintiffs' complaint. Our response is currently due on June 17, 2008. This is defendant's second request for an enlargement of time for this purpose, the Court having previously granted our request for a 61 day enlargement of time. Plaintiffs' counsel has advised us that the plaintiffs concur with this request.

The parties have entered into a settlement agreement designed to resolve all claims in this case. We anticipate that the parties will be able to complete performance upon certain terms of the agreement, and submit a motion to dismiss this case with prejudice, within the requested 56 days, making the filing of any response to the complaint unnecessary.

For these reasons, defendant's counsel respectfully requests that our motion for enlargement of time for the filing of our answer be granted.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/MARTIN F HOCKEY
MARTIN F. HOCKEY
Assistant Director

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0361
Fax: (202) 514-7965

June 17, 2008 Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin