# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
CARMEN BENTIVEGNA
ROBERT A. GIRARD,

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 08-95C

Senior Judge Smith

Filed: June 19, 2008

**ORDER**

The Court hereby **GRANTS** Defendant' Motion for an Enlargement of Time. In the event this matter is not settled, Defendant shall file its answer on or before August 11, 2008.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE