IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BENTIVEGNA, et. al.

Plaintiffs,

v.

THE UNITED STATES

Defendant.

Case No. 08-95C
Senior Judge Smith

**JOINT STIPULATION FOR DISMISSAL**

The parties, pursuant to RCFC 41((a)(1), respectfully request that this Court dismiss all pending claims with prejudice, with each side to bear its own costs and attorney fees.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/MOLLY A. ELKIN
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

S/MARTIN F. HOCKEY
MARTIN F. HOCKEY
Assistant Director
Authorized Representative of the
Attorney General

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 616-0321
Fax: (202) 305-7643

Attorneys for Plaintiffs

Dated: August 25, 2008

Attorneys for Defendant

Dated: August 25, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2008, a copy of the foregoing "JOINT STIPULATION FOR DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin